

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00278-CV

| | | |
|---|---|---|
| Hest Technologies, Inc., Trip Wire Entertainment, LLC, and Chris Canard | § | From the 67th District Court |
| | § | of Tarrant County (67-264836-13) |
| v. | § | April 3, 2014 |
| PC Connection Sales Corp. | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel
By _____
Justice Lee Gabriel